**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00138-CV**
_____

**JAMES D. DURMON JR., Appellant**

**V.**

**JESUS CASTRO, Appellee**

On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 22-05-05669-CV

**MEMORANDUM OPINION**

James D. Durmon Jr., Appellant, and Jesus Castro, Appellee filed an agreed joint motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a). The parties to the appeal filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 2, 2023
Opinion Delivered August 3, 2023

Before Horton, Johnson and Wright, JJ.